## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 98 WAL 2018

           Respondent    :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

           v.                   :

                            :

JOSEPH MALCOMB,              :

                            :

           Petitioner      :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.